1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JENNIFER M. RESNIK
   Assistant United States Attorney
6  Asset Forfeiture Section
   (Cal. State Bar # 233634)
7       1400 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-6595
9       Facsimile: (213) 894-7177
        E-mail: jennifer.resnik@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12

                    UNITED STATES DISTRICT COURT
13
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
   UNITED STATES OF AMERICA,     )   CV 11-04535-RSWL (JEMx)
15                               )
                   Plaintiff,    )
16                               )
                   v.            )
17                               )   **CONSENT JUDGMENT OF**
   $16,000.00 in U.S. CURRENCY,  )   **FORFEITURE**
18                               )
                   Defendant.    )
19                               )
   ——————————————————————————————)
20                               )
   ARTURO ORTIZ,                 )
21                               )
                   Claimant.     )
22                               )
   ——————————————————————————————)
23

24      This action was filed on May 26, 2011.  Notice was given and

25 published in accordance with law.  Claimant Arturo Ortiz

26 ("claimant") filed the only claim to defendant $16,000.00 in U.S.

27 currency.  No other statements of interest or answers have been

28 filed, and the time for filing such statements of interest and

   answers has expired.  Plaintiff and claimant have reached an

O

JS - 6

1 | agreement that is dispositive of the action.  The parties hereby

2 | request that the Court enter this Consent Judgment of Forfeiture.

3 | **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

4 | A.    This Court has jurisdiction over this action

5 | pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties

6 | hereto.

7 | B.    The Complaint for Forfeiture states a claim for

8 | relief pursuant to 21 U.S.C. § 881(a)(6).

9 | C.    Notice of this action has been given in accordance

10 | with law.  All potential claimants to defendant $16,000.00 in

11 | U.S. currency other than claimant are deemed to have admitted the

12 | allegations of the Complaint.  The allegations set out in the

13 | Complaint are sufficient to establish a basis for forfeiture.

14 | D.    The United States of America shall have judgment

15 | as to $12,000.00 of the defendant currency, together with all

16 | interest earned by the government on $12,000.00 of the defendant

17 | currency, and no other person or entity shall have any right,

18 | title or interest therein.

19 | E.    $4,000.00 of the defendant currency, together with

20 | all interest earned by the government on that amount since

21 | seizure, shall be paid to claimant not later than forty-five (45)

22 | days from the date of entry of this judgment to claimant by

23 | electronic transfer.  Claimant's counsel agrees to provide

24 | appropriate financial institution account information within 10

25 | days of execution of this consent judgment.  Said payment shall

26 | be subject to applicable federal law.

27 | F.    Claimant hereby releases the United States of

28 | America, its agencies, agents, and officers, including employees

1   and agents of the United States Drug Enforcement Administration,

2   from any and all claims, actions or liabilities arising out of or

3   related to this action, including, without limitation, any claim

4   for attorney's fees, costs or interest which may be asserted on

5   behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or

6   otherwise.

7           G.    The court finds that there was reasonable cause

8   for the seizure of the defendant currency and institution of

9   these proceedings.  This judgment shall be construed as a

10  certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

11

12  Dated: September 14, 2011

13                              RONALD S.W. LEW
                                _____
                                THE HONORABLE RONALD S.W. LEW
14                              SENIOR, U.S. DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28