```
 1  ANDRÉ BIROTTE JR.
    United States Attorney                                O
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division                           JS - 6
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JENNIFER M. RESNIK
    Assistant United States Attorney
 6  Asset Forfeiture Section
    (Cal. State Bar # 233634)
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-6595
 9       Facsimile: (213) 894-7177
         E-mail: jennifer.resnik@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
12
                      UNITED STATES DISTRICT COURT
13
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
    UNITED STATES OF AMERICA,    )  CV 11-04535-RSWL (JEMx)
15                               )
                   Plaintiff,    )
16                               )
              v.                 )
17                               )       CONSENT JUDGMENT OF
    $16,000.00 in U.S. CURRENCY, )       FORFEITURE
18                               )
                   Defendant.    )
19                               )
    _____ )
20                               )
    ARTURO ORTIZ,                )
21                               )
                   Claimant.     )
22                               )
    _____ )
23
```

     This action was filed on May 26, 2011.  Notice was given and
published in accordance with law.  Claimant Arturo Ortiz
("claimant") filed the only claim to defendant $16,000.00 in U.S.
currency.  No other statements of interest or answers have been
filed, and the time for filing such statements of interest and
answers has expired.  Plaintiff and claimant have reached an

agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

  A. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

  B. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

  C. Notice of this action has been given in accordance with law.  All potential claimants to defendant $16,000.00 in U.S. currency other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

  D. The United States of America shall have judgment as to $12,000.00 of the defendant currency, together with all interest earned by the government on $12,000.00 of the defendant currency, and no other person or entity shall have any right, title or interest therein.

  E. $4,000.00 of the defendant currency, together with all interest earned by the government on that amount since seizure, shall be paid to claimant not later than forty-five (45) days from the date of entry of this judgment to claimant by electronic transfer.  Claimant's counsel agrees to provide appropriate financial institution account information within 10 days of execution of this consent judgment.  Said payment shall be subject to applicable federal law.

  F. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees

1 and agents of the United States Drug Enforcement Administration,
2 from any and all claims, actions or liabilities arising out of or
3 related to this action, including, without limitation, any claim
4 for attorney's fees, costs or interest which may be asserted on
5 behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or
6 otherwise.

7      G.   The court finds that there was reasonable cause
8 for the seizure of the defendant currency and institution of
9 these proceedings.  This judgment shall be construed as a
10 certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

12 Dated: September 14, 2011

13                                           RONALD S.W. LEW
                                          THE HONORABLE RONALD S.W. LEW
14                                           SENIOR, U.S. DISTRICT COURT JUDGE